IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Daimeon Mosley, | ) | No. CV-15-02287-PHX-NVW |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Angry Crab Shack BBQ, LLC, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is the parties' Stipulation to Dismissal (Doc. 13).

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 13).

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for April 8, 2016.

IT IS FURTHER ORDERED that this action, including all of plaintiff's claims herein, be dismissed in its entirety, with prejudice and on the merits, and without awarding attorneys' fees, costs or disbursements to any party.

Dated this 2nd day of March, 2016.

Neil V. Wake
United States District Judge

-1-